**NOTICE OF NONCOMPLIANCE**
See L.R. 133(a) & (d)(3)
FILED IN PAPER
United States District Court
Eastern District of California



**FILED**

NOV 14 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

DIMAS O'CAMPO,

               Plaintiff(s)

               v.

BEARFOOT, INC., ET AL.,

               Defendant(s)

NO: 2:16–CV–01768–KJM–CMK

STIPULATION TO ELECT REFERRAL
OF ACTION TO VOLUNTARY DISPUTE
RESOLUTION PROGRAM (VDRP)
PURSUANT TO LOCAL RULE 271

Pursuant to Local Rule 271, the parties hereby agree to submit the above–entitled action to the Voluntary Dispute Resolution Program.

DATED:    **JULY 28, 2016**

_____
Name:
Attorney for Plaintiff(s)

_____
Name:
Attorney for Defendant(s)