NOTICE OF NONCOMPLIANCE
See L.R. 133(a) & (d)(3)
FILED IN PAPER
United States District Court
Eastern District of California

**FILED**

NOV 14 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMAS O'CAMPO,<br><br>  Plaintiff(s)<br><br>v.<br><br>BEARFOOT, INC., ET AL.,<br><br>  Defendant(s) | NO: 2:16-CV-01768-KJM-CMK<br><br>STIPULATION TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271 |

Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

DATED: **JULY 28, 2016**

_____
Name:
Attorney for Plaintiff(s)

_Dana C. Christer_
Name:
Attorney for Defendant(s)