Scottlynn J Hubbard, State Bar No. 212970
Stephanie L. Ross, State Bar No. 276827
Email: usdceast@hubslaw.com
Disabled Advocacy Group, APLC
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorneys for Plaintiff
Dimas O'Campo

Alden J. Parker, State Bar No. 196808
Email: aparker@fisherphillips.com
Katherine P. Sandberg, State Bar No. 301117
Email: ksandberg@fisherphillips.com
FISHER & PHILLIPS LLP
621 Capitol Mall, Suite 1400
Sacramento, CA 95814
Telephone (916) 210-0400
Facsimile (916) 210-0401

Attorneys for Defendants, Cross-Claimant and Cross-Defendant

Black Bear Diner, Inc. (erroneously sued as Bearfoot, Inc. and Strawberry Valley Food Service, Inc. dba Black Bear Diner)

Dana Christian, State Bar No. 107611
Email: danasonya@hotmail.com
421 S Yellowstone Street
Livingston, MT 59047-3422
Telephone: (406) 222-5812

Attorney for Defendant, Cross-Claimant and Cross-Defendant

Gertrude A. Merrill, Trustee of the Douglas and Gertrude Merrill 1999 Trust, and Cross-Defendants Richard Walton Merrill and Douglas Ream Merrill, Individually and as Successor Co-Trustees of the Lucille F. Morgan Irrevocable Living Trust No. 4, The Herbert Ream Merrill Trust B, The Richard's Trust and The Douglas Trust

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|   |   |
|---|---|
| DIMAS O'CAMPO,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BEARFOOT, INC. dba BLACK BEAR DINER; STRAWBERRY VALLEY FOOD SERVICE, INC. dba BLACK BEAR DINER; GERTRUDE A. MERRILL, TRUSTEE of the DOUGLAS AND GERTRUDE MERRILL 1999 TRUST,<br><br>　　　　Defendants.<br><br>BLACK BEAR DINER, INC.<br><br>　　　　Cross-Claimant,<br><br>　　vs.<br><br>GERTRUDE A. MERRILL, TRUSTEE OF THE DOUGLAS AND GERTRUDE MERRILL 1999 TRUST; RICHARD WALTON MERRILL AND DOUGLAS REAM MERRILL, INDIVIDUALLY AND AS SUCCESSOR CO-TRUSTEES OF THE LUCILLE F. MORGAN IRREVOCABLE LIVING TRUST NO. 4, THE HERBERT REAM MERRILL TRUST B, THE RICHARD'S TRUST, AND THE DOUGLAS' TRUST<br><br>　　　　Cross-Defendants. | Case No.  2:16-cv-01768-KJM-CMK<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**<br><br><br><br>Action Filed: July 28, 2016 |

Plaintiff Dimas O'Campo ("Plaintiff"), Defendants and Cross-Claimants Black Bear Diner, Inc. (erroneously sued as Bearfoot, Inc. and Strawberry Valley Food Service, Inc. dba Black Bear Diner) ("Black Bear Diner"), Gertrude A. Miller Trustee of the Douglas and Gertrude Merrill 1999 Trust ("the Trust Defendants") and Cross-Defendants Richard Walton Merrill, Douglas Ream Merrill, and Gertrude A. Merrill (collectively, "the Parties"), by and through their undersigned counsel, hereby agree and stipulate, pursuant To Federal Rules of Civil Procedure, Rule  41(a)(1)(A)(ii), that the entire action and all claims in Plaintiff's Complaint and Cross-Claimant's Complaint are hereby dismissed with prejudice as to future

///

action with each party to bear their or its respective costs, expenses and attorneys' fees.

DATE: September 6, 2017      Disabled Advocacy Group, APLC

By: */s/ Stephanie L. Ross*
  Scottlynn J. Hubbard
  Stephanie L. Ross

  Attorneys for Plaintiff
  Dimas O'Campo

DATE: September 6, 2017      FISHER & PHILLIPS LLP

By: */s/ Alden J. Parker*
  Alden J. Parker
  Katherine P. Sandberg

  Attorneys for Defendants

  BLACK BEAR DINER, INC.
  (erroneously sued as Bearfoot, Inc.
  and Strawberry Valley Food Service, Inc.
  dba Black Bear Diner)

Dated: September 5, 2017

By: */s/ Dana Christian*
  Dana Christian

  Attorney for Defendant, Cross-Claimant and Cross-Defendant Gertrude A. Merrill, Trustee of the Douglas and Gertrude Merrill 1999 Trust, and Cross-Claimant and Cross-Defendants Richard Walton Merrill and Douglas Ream Merrill, Individually and as Successor Co-Trustees of the Lucille F. Morgan Irrevocable Living Trust No. 4, The Herbert Ream Merrill Trust B, The Richard's Trust and The Douglas Trust

# [PROPOSED] ORDER

Good cause appearing, the above-referenced action is hereby DISMISSED WITH PREJUDICE as to all parties pursuant to Federal Rule of Civil Procedure 41(a)(1) )(A)(ii).  Each party shall bear their own costs, including attorneys' fees.

**IT IS SO ORDERED.**

DATED: _____

HON. KIMBERLY J. MULLER
United States District Judge

# **PROOF OF SERVICE**

I, the undersigned, am employed in the County of Sacramento, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 1215 K Street, 17th Floor, Sacramento, CA 95814.

On September 6, 2017, I served the foregoing document entitled **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER,** on all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* thereof addressed as follows:

> Scottlynn J. Hubbard IV    *Attorneys for Plaintiff*
> Stephanie L. Ross           Dimas O'Campo
> Disabled Advocacy Group, APLC
> 12 Williamsburg Lane
> Chico, CA  95926

☐ **[by MAIL]** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

☒ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website.  The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☒ **FEDERAL**  -  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed **September 6, 2017**, at Sacramento, California.

Alicia P. Malerbi                         By:  /s/ Alicia P. Malerbi
_____                              _____
Print Name                                         Signature

# PROOF OF SERVICE

I, the undersigned, am employed in the County of Sacramento, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 1215 K Street, 17th Floor, Sacramento, CA 95814.

On September 6, 2017, I served the foregoing document entitled **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER,** on all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* enclosed in a sealed envelope thereof addressed as follows:

| | |
|---|---|
| Dana Christian<br>421 S Yellowstone Street<br>Livingston, MT 59047-3422 | *Attorney for Defendant, Cross-Claimant and Cross-Defendant*<br>Gertrude A. Merrill, Trustee of the Douglas and Gertrude Merrill 1999 Trust, and Cross-Defendants Richard Walton Merrill and Douglas Ream Merrill, Individually and as Successor Co-Trustees of the Lucille F. Morgan Irrevocable Living Trust No. 4, The Herbert Ream Merrill Trust B, The Richard's Trust and The Douglas Trust |

☒ **[by MAIL]** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

☒ **FEDERAL** - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed **September 6, 2017**, at Sacramento, California.

| Alicia P. Malerbi | By: /s/ Alicia P. Malerbi |
|---|---|
| Print Name | Signature |